# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| Driver Opportunity Partners I LP,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>Republic First Bancorp, Inc.,<br><br>*Defendant-Appellee*. | No. 22-1959 |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(B)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff-Appellant Driver Opportunity Partners I LP and Defendant-Appellee Republic First Bancorp, Inc. that the above-captioned appeal is voluntarily dismissed without prejudice pursuant to Federal Rule of Appellate Procedure 42(b), with each party to bear its own costs.

Respectfully submitted,

Dated:  August 19, 2022

*/s/ Thomas V. Ayala*
Thomas V. Ayala, Esq.
(PA I.D. No. 93130)
Ryan M. Moore, Esq.
(PA I.D. No. 314821)
KLEHR HARRISON
HARVEY BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA  19103
ph (215) 569-4596

fax (215) 568-6603
tayala@klehr.com
rmoore@klehr.com

*Counsel for Plaintiff-Appellant Driver Opportunity Partners I LP.*

/s/ *Stacey A. Scrivani*
Stacey A. Scrivani
(PA I.D. No. 84275)
STEVENS & LEE, P.C.
111 North Sixth Street
P.O. Box 679
Reading, PA 19603
ph (610) 478-2086
fax (610) 478-2086
stacey.scrivani@stevenslee.com

*Counsel for Defendant-Appellee Republic First Bancorp, Inc.*